IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FEIT ELECTRIC CO., INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-01089-X |
| | § | |
| ELONG INTERNATIONAL USA, INC.; | § | |
| XIAMEN LONGSTAR LIGHTING CO., LTD., | § | |
| | § | |
| *Defendants*. | § | |

**TECHNICAL ADVISOR'S SUMMARY STATEMENT OF HOURS, COSTS, AND FEES**

Pursuant to the Court's Order Appointing Technical Advisor (Doc. 48), I certify that in May, 2025, I worked a total of 27.9 hours as the Court-appointed Technical Advisor in the above captioned matter. During this time period, I incurred $20.00 in costs. Given the Court-approved rate of three hundred dollars per hour and this cost, the total fee for service rendered and costs for this time period is $8,390.00. I have submitted an Itemized Statement of fees and expenses to the Court for this time period for in camera inspection and approval.

Respectfully submitted,

/s/ David O. Taylor
David O. Taylor
Texas Bar No. 24042010
SMU Dedman School of Law
3315 Daniel Ave.
Storey Hall, Room 310
Dallas, TX 75205-0116
Telephone: 214-768-1685
Fax: 214-768-3142
Email: dotaylor@smu.edu

*Court-Appointed Technical Advisor*

**CERTIFICATE OF SERVICE**

On June 2, 2025, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the Court's electronic-filing system. I hereby certify that I have served the foregoing document on all counsel of record via the electronic-filing system.

/s/ David O. Taylor
David O. Taylor

**COURT APPROVAL OF SUMMARY STATEMENT**

The above Summary Statement is approved for disbursement.

Signed ____________________.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE